**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| Gerald Shipley,<br><br>　　　Plaintiff,<br><br>v.<br><br>Commercial Recovery Systems, Inc.,<br><br>　　　Defendant. | Case No. 2:08-cv-00128-WCL-APR<br><br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff, by and through counsel, hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　Macey & Aleman, P.C.

　　　　　　　　　　　　By: */s/ Jeffrey S. Hyslip*
　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　The Sears Tower
　　　　　　　　　　　　　　Suite 5150
　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　Telephone: 1.866.339.1156
　　　　　　　　　　　　　　jsh@legalhelpers.com
　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 18, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. A copy of this notice was sent via electronic email to the following party:

Robert Kemp
lawyerkemp@cs.com
*Attorney for Defendant*

*/s/ Jeffrey S. Hyslip*